FAY, Respondent, v. HUDSON NAVIGATION CO., Appellant. (Supreme Court, Appellate Division, First Department. October 29, 1915.) Appeal from Trial Term, New

York County. Action by Nellie Fay against the Hudson Navigation Company. From a judgment entered on a verdict for plaintiff, and from an order denying a motion for new trial, defendant appeals. Reversed, and new trial ordered. Henry M. Hewitt, of New York City, for appellant. Alfred S. Katzenstein, of New York City, for respondent.

PER CURIAM. The finding that the defendant was negligent is not sustained by the evidence. The judgment and order appealed from are therefore reversed, and a new trial ordered, with costs to appellant to abide event, and the finding that the defendant was negligent is reversed. Order filed.